IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| CHRISTOPHER WHITTINGTON, | ) |
| Plaintiff, | ) Civil Action No. 3:17-cv-686-RJC-DSC |
| v. | ) |
| BANK OF AMERICA CORPORATION, | ) |
| Defendant. | ) |

## ORDER GRANTING CONSENT MOTION
## TO SUBSTITUTE PROPER DEFENDANT

Now before the Court is Defendant's Consent Motion to Substitute Proper Defendant, and having considered both the Motion and Memorandum of Law in Support of the Motion, including the consent of Plaintiff, and it appearing that Bank of America, N.A., is the proper party Defendant in this action, the Motion is GRANTED.

THEREFORE, it is ORDERED that Bank of America, N.A., be and hereby is substituted for Bank of America Corporation as the proper party Defendant in the above-captioned action. The Clerk is hereby directed to change the case caption to reflect the same and to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: January 10, 2018

_____
David S. Cayer
United States Magistrate Judge

1